**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Francisco Chagoya-Mendez individually and on behalf of other employees Similarly situated, Plaintiff<br>v.<br>Old Town Pizza of Schaumburg, Inc., and Stephen T. Suma, individually, Defendants | Case No. 1:16-cv-10385<br>Judge: Hon. Gary Feinerman |

**JOINT STIPULATION OF DISMISSAL**

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On August 1, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Wednesday, May 24, 2017.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | /s/ Robert Michael Motta, II<br>Motta & Motta LLP<br>559 W. Galena<br>Aurora, IL 60506 |